Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Fax No. (801) 521-4252

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No. 08-27308 RKM |
| | (Chapter 7) |
| JULIE JESSOP, | : |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. The Trustee's Final Report was approved by Order Approving Application For Compensation and Reimbursement of Expense and Trustee's Procedure entered January 6, 2010. The Trustee prepared the proposed distribution on January 7, 2010. Claim No. 3 had been filed with no address, phone or clear name. Claim No. 3 would have received the following payment:

| Check # | Creditor & Address | Check Amount |
|---|---|---|
| | S. Rowley (No address) | $ 66.87 |

2. The unclaimed funds are on deposit at JPMorgan Chase Bank, Account No. 312252282766.



2

3.    A check in the amount of $66.87, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this _15_ day of January, 2010.

                McKAY, BURTON & THURMAN

                By _____
                   Stephen W. Rupp, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the _15_ day of January, 2010, to the following:

        U.S. Trustee's Office
        405 South Main Street, Suite 300
        Salt Lake City, UT 84111

ka\pl\jessop.unc